UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| CATHY L. COLBERT,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No.  3:10-cv-05665-BHS-KLS<br><br><br><br>ORDER OF REMAND |

Based on the Report and Recommendation of United States Magistrate Karen L. Strombom, and the stipulation of the parties, it is hereby ORDERED that the above captioned case be reversed and remanded for further administrative proceedings including a *de novo* hearing.

On remand, the Administrative Law Judge (ALJ) will be directed to further evaluate and properly address the opinion evidence of Richard Price, M.D., Tr. 241-45; Rogelio S. Zaragoza, M.D., Tr. 288-92; Kimberly Wheeler, Ph.D., Tr. 326-37; and Shirley Deem, M.D., Tr. 246-49, in accordance with the guidelines set forth in regulations.  20 C.F.R. §§ 404.1527, 416.927.  The ALJ will note that Plaintiff did seek treatment and counseling for her mental impairments with Theresa Kelso, MSW BCD.  The ALJ will provide specific rationale if he discredits functional limitations assessed by Plaintiff's medical sources.  In so doing, if the

Page 1        ORDER - [3:10-cv-05665-BHS-KLS]

ALJ finds other evidence more persuasive than the medical source opinions, the ALJ will provide citation to such other evidence.  The ALJ will be directed to further assess and properly address the lay witness statement, Tr. 430-31, and to provide sufficient rationale for the conclusion reached.  Social Security Ruling 06-03p, *available at* 2006 WL 2329939.

Upon proper application, reasonable attorney fees should be awarded, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 11th day of March, 2011.

BENJAMIN H. SETTLE
United States District Judge

Presented By:

s/ Terrye E. Shea
TERRYE E. SHEA, WSB #27609
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, Washington 98104-7075
Telephone:  (206) 615-2143
Fax:  (206) 615-2531
terrye.shea@ssa.gov