UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CATHY L. COLBERT,

    Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

Case No. C10-5665BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 32. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Plaintiff is awarded EAJA attorney's fees in the amount of $5,321.82, $28.83 in expenses and $15.20 in costs payable to Plaintiff's attorney.

DATED this 16th day of May, 2011.

                                            BENJAMIN H. SETTLE
                                            United States District Judge

ORDER