U.S. DISTRICT JUDGE BENJAMIN H. SETTLE
U.S. MAGISTRATE JUDGE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CATHY L. COLBERT, | ) |
| | ) CIVIL NO. 3:10-cv-05665-BHS-KLS |
| Plaintiff, | ) |
| | ) ORDER FOR ATTORNEY'S FEES |
| vs. | ) PURSUANT TO 42 U.S.C. § 406(b) |
| | ) |
| MICHAEL ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's unopposed Motion For Attorney's Fees Pursuant to 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Elie Halpern is awarded a gross attorney's fee of $10,665.32 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $5,321.82 that previously were awarded, leaving a net fee of $5,343.50. When issuing the 42 U.S.C. § 406(b)

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) [3:10-cv-05665-BHS-KLS] - 1

Elie Halpern & Associates, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
EHALPERN@AOL.COM

1 | check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's
2 | attorney the net balance of $5,343.50, minus any applicable processing fees as allowed by statute.
3 | DATED this 25th day of May, 2012.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

S/ELIE HALPERN
ELIE HALPERN, WSB #1519
Attorney for Plaintiff

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) [3:10-cv-05665-BHS-KLS] - 2

Elie Halpern & Associates, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
EHALPERN@AOL.COM